**William B. Stein, Plaintiff-Appellee, v. Reichert Chevrolet and Buick Sales, Inc., Defendant-Appellant.**

Gen. No. 11,370.

Second District, First Division.

March 8, 1960.

Released for publication March 25, 1960.

Richard E. Steinbrecher and Harold C. McKenney, for appellant; Karl A. Koch, for appellee. No brief filed by appellee. Opinion by JUSTICE DOVE. Not to be published in full.